December 29, 1981.

441 A.2d 458

Claypoole v. Woods, Appellant.

Petition for Allowance of Appeal Denied April 19, 1982.

Submitted November 10, 1980. Stephen Israel, for appellant; Edward J. Kabala, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.

BROSKY, J., concurred in the result.